

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 5, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Stone</u>, 24 Cr. 349 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter, on consent of the defense, to adjourn next week's September 8, 2025 conference until September 12, 2025 on the expectation that the defendant will plead guilty on the adjourned date.

    The defendant recently pleaded guilty, pursuant to a plea agreement, in <u>United States v. Stone and Moore</u>, 23 Cr. 409 (RA), and the defense has advised the Government that the defendant now intends to plead guilty in this case without a plea agreement. The defense has requested that the Government provide a <u>Pimentel</u> letter. Accordingly, the Government respectfully requests a brief adjournment to prepare and send the <u>Pimentel</u> letter, on the expectation that the defendant will thereafter enter a guilty plea.

    The Government requests, and the defense consents, to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h), to finalize a disposition in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:    /s/ Jun Xiang
    Jun Xiang
    Assistant United States Attorney
    (212) 637-2289

**GRANTED.** The conference is adjourned until Friday, September 12, 2025, at 2:30 p.m. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until September 12, 2025. The Clerk of Court is requested to terminate the motion at Dkt. No. 14.

9/5/2025
SO ORDERED.

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge