UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KYEONE STONE

Defendant.

24-CR-349  (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The United States Marshals Service ("the USMS") is requested to produce the above-referenced defendant ("Defendant") in the above-captioned case to **Courtroom 1305**, 40 Foley Square, New York, New York on **September 18, 2025** at **11:00 a.m.** for a conference.  In the event Defendant refuses to leave the facility where he is housed, refuses to return to that facility, or refuses to comply with any rules, directives, or procedures of the USMS regarding his transportation to and from court, the USMS (and those working with the USMS) may use such force as is reasonably necessary to bring Defendant to and from court.

Given Defendant's prior refusals to comply with directives that he appear in court, if Defendant refuses to cooperate in any way with his transportation to and from court for any future court appearances, this Order will remain in force and, upon notice to the Court, the USMS (and those working with the USMS) may use such force as is reasonably necessary to bring Defendant to and from Court.

SO ORDERED.

DATED:      New York, New York
            September 18, 2025

_____
PAUL A. ENGELMAYER
United States District Judge