MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

————

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212-880-3413

December 2, 2025

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
————
RETIRED/PARTNER EMERITUS
PAUL R GRAND
————
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**VIA ECF**

Hon. Paul A. Engelmayer
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Kyeone Stone*, 24 Cr. 349 (PAE)

Dear Judge Engelmayer:

On November 26, 2025, Judge Abrams granted defense counsel's motion in Mr. Stone's other pending case requesting that Mr. Stone be evaluated pursuant to 18 U.S.C. § 4241(b), and adjourning his sentencing date in that matter *sine die*. 23-cr-409, ECF No. 126.

Due to the length of time that a competency evaluation is likely to take, defendant respectfully requests that the Court adjourn the sentencing date in this matter *sine die*. We have conferred with AUSA Xiang, who has indicated that the Government will consent to such an adjournment in this matter.

Respectfully submitted,

*/s/ Kathleen E. Cassidy*
Kathleen E. Cassidy

**GRANTED.** The parties are directed, promptly upon the completion of the competency evaluation, to notify the Court of the outcome of that evaluation and to provide the Court with pertinent documentation. The Clerk of Court is requested to terminate the motions at Dkt. Nos. 22, 26 & 27.

12/4/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge