UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
        -v-                                                             :            24-CR-349 (PAE)
                                                                        :
KYEONE STONE,                                                           :            SCHEDULING ORDER
                                                                        :
                        Defendant(s).                                   :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

        It is hereby ORDERED that sentencing in this matter is scheduled for **July 29, 2026** at

**11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New

York, New York 10007.

        The parties should consult the Court's Individual Rules and Practices for Criminal Cases

(available at http://nysd.uscourts.gov/judge/Engelmayer) for sentencing-related procedures and

practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be

served two weeks in advance of the date set for sentencing.  The Government's sentencing

submission shall be served one week in advance of the date set for sentencing.  The parties

should provide the Court with one courtesy hard copy of each submission when it is served.  If a

party does not intend to file a substantive sentencing submission, the party should file a letter to

that effect.

        The Clerk of Court is requested to terminate the motion at Dkt. No. 29.


        SO ORDERED.


Dated: June 26, 2026
        New York, New York            _____
                                              PAUL A. ENGELMAYER
                                              United States District Judge