UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KYEONE STONE,

Defendant.

**24-CR-349 (PAE)**
**ORDER**

Upon the application of Kathleen E. Cassidy, Esq., attorney of record for defendant Kyeone Stone, it is hereby

**ORDERED** that the defendant Kyeone Stone, Register Number 67629-510, is permitted to receive non-prison clothing at the MDC to wear for his sentencing on July 29, 2026. He is permitted to receive and wear one kufi (religious headwear), one button down shirt, one pair of pants, one sweater, one pair of socks, and one pair of shoes without laces.

**SO ORDERED:**

Dated: July 7, 2026
New York, New York

Paul A. Engelmayer

THE HONORABLE PAUL ENGELMAYER
UNITED STATES DISTRICT JUDGE